# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Mara Olvera, | C.A. No.: 8:16-cv-03874-MGL |
| Plaintiff, | |
| vs. | |
| Aetna Life Insurance Company. | |
| Defendants. | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to July 7, 2017. The parties have advised the court that they would like to explore settlement before mediation and before preparing a joint stipulation. Accordingly, the parties have asked for the mediation deadline to be moved to July 7, 2017 and that the deadline to file the joint stipulation and the parties' respective memoranda to be moved to August 7, 2017. For good cause shown, the court does believe that an extension of time within which to mediate and to file a joint stipulation and supporting memoranda pursuant to the court's Specialized Case Management Order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to July 7, 2017 and to file a joint stipulation and the parties' respective memoranda in the matter *sub judice* to August 7, 2017.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate by July 7, 2017 and to file a joint stipulation and the parties' respective memoranda pursuant to the court's specialized case management

order in the matter *sub judice* is hereby extended until August 7, 2017.   In all other regards, the parties shall comply with the Specialized Case Management Order.

**AND, IT IS SO ORDERED.**

                                               s/Mary Geiger Lewis  
                                               The Honorable Mary Geiger Lewis  
                                               United States District Judge

May 16, 2017  
Columbia, South Carolina